## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re:   Ashley M Smart | 12 B 09178 |
| Debtor(s) | Judge Pamela S. Hollis |

*Withdrawal of Final Report and Account*

The Chapter 13 Final Report and Account filed by the Standing trustee on 01/30/13 was filed in error and should be disregarded.

                /s/ Marilyn O. Marshall
                Standing Chapter 13 Trustee

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan Ave.
Suite 800
Chicago, Illinois 60604
312-431-1300